ROBERT J. ROMERO SBN: 136539
CHRISTOPHER J. BORDERS SBN: 135901
CHRISTINA A. LEE SBN: 257905
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants
ACE PROPERTY & CASUALTY
INSURANCE COMPANY; ACE
AMERICAN INSURANCE COMPANY

\*\*E-Filed 3/5/2010\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PROSURANCE GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; and DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. C10-00608 JF<br>ORDER GRANTING **STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE ON MAY 14, 2010 TO JUNE 4, 2010 OR THE EARLIEST AVAILABLE DATE THEREAFTER**<br><br>Complaint Filed:    December 17, 2009 |

REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The undersigned parties hereby request an order continuing the case management conference currently scheduled for May 14, 2010 at 10:30 a.m. before The Honorable Jeremy Fogel to June 4, 2010 or the earliest date thereafter.

1

DATED: February 23, 2010          HINSHAW & CULBERTSON LLP


                                  /s/ *Robert J. Romero*
                                  ROBERT J. ROMERO
                                  CHRISTOPHER J. BORDERS
                                  CHRISTINA A. LEE
                                  Attorneys for Defendants ACE PROPERTY &
                                  CASUALTY INSURANCE COMPANY; ACE
                                  AMERICAN INSURANCE COMPANY

DATED: February 23, 2010          WAXLER CARNER BRODSKY LLP


                                  /s/ *Andrew J. Waxler*
                                  Andrew Jay Waxler
                                  Danielle Sokol
                                  Attorneys for Plaintiff PROSURANCE
                                  GROUP, INC.

## [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

The Case Management Conference previously set for May 14, 2010 at 10:30

a.m. has been rescheduled for ___June 11, 2010___ at ___10:30 a.m.___ before

The Honorable Judge Jeremy Fogel, in Courtroom #3, 5th floor of the

U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit

a Joint Case Management Statement on or before ___June 4, 2010___.

PURSUANT TO STIPULATION, IT IS SO ORDERED.



Date: ___3/5/3010___                    _____
                                        The Honorable Judge Jeremy Fogel

1

## CERTIFICATE OF SERVICE

2

**PROSURANCE GROUP, INC. v. ACE PROPERTY & CASUALTY INSURANCE COMPANY, ET AL.**

3

### Case No. C10-00608 PVT

4

5      I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made.

6  I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, CA 94111.

7

      I hereby certify that on February 25, 2010, I electronically filed the

8  **STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE ON MAY 14, 2010 TO JUNE 4, 2010 OR THE EARLIEST**

9  **AVAILABLE DATE THEREAFTER** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on:

10

Andrew Waxler

11  Waxler Carner Brodsky LLP

1960 East Grand Avenue

12  Suite 1210

El Segundo, CA 90245

13  Tel: (310) 416-1300

Fax: (310) 416-1310

14

      I declare under penalty of perjury under the laws of the United States that the

15  above is true and correct and was executed on February 25, 2010, at San Francisco, California.

16                                    /s/ Damyta Jones
                                      Damyta Jones

17

18

19

20

21

22

23

24

25

26

27

28