1  ANDREW J. WAXLER, State Bar No. 113682
   DANIELLE R. SOKOL, State Bar No. 198148
2  WAXLER♦CARNER♦BRODSKY LLP
   1960 East Grand Avenue, Suite 1210
3  El Segundo, California 90245
   Telephone: (310) 416-1300
4  Facsimile: (310) 416-1310

5  Attorneys for Plaintiff
   PROSURANCE GROUP, INC.

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  PROSURANCE GROUP, INC., a ) Case No. 5:10-cv-00608-JF
    California Corporation,   )
12                            ) **STIPULATION TO CONTINUE**
              Plaintiff,      ) **BRIEFING DEADLINES IN**
13       vs.                  ) **CONNECTION WITH DEFENDANTS**
                              ) **ACE PROPERTY & CASUALTY**
14  ACE PROPERTY & CASUALTY   ) **INSURANCE COMPANY AND ACE**
    INSURANCE COMPANY; ACE    ) **AMERICAN INSURANCE**
15  AMERICAN INSURANCE COMPANY; ) **COMPANY'S MOTION TO DISMISS**
    AND DOES 1-50, INCLUSIVE, ) **AND** ~~PROPOSED~~ **ORDER;**
16                            ) **DECLARATION OF DANIELLE R.**
              Defendants.     ) **SOKOL**
17                            )
                              ) Complaint Filed:   December 17, 2009
18  _____)

19

20       Danielle R. Sokol of Waxler Carner Brodsky LLP, on behalf of Plaintiff ProSurance

21  Group, Inc., and Christopher J. Borders, on behalf of Defendants ACE Property &

22  Casualty Insurance Company and ACE American Insurance Company, hereby stipulate as

23  follows:

24       1.    Defendants ACE Property & Casualty Insurance Company and ACE

25  American Insurance Company filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6),

26  which is currently set for hearing on April 9, 2010.

27       2.    In connection with the hearing on the motion, Plaintiff's counsel mistakenly

28  calendared the due date for the Opposition for March 26, 2010 (14 days before the

---
1

1 | scheduled hearing date) rather than March 19, 2010 (21 days before the scheduled hearing
2 | date) as required by Local Rule 7-3.
3 |     3.    In light of the calendaring error, counsel for Plaintiff and Defendants have
4 | agreed to an alternative briefing schedule as follows: (1) Plaintiff will file its Opposition
5 | to the Motion to Dismiss on March 24, 2010, and (2) Defendants will file their Reply Brief
6 | in Support of the Motion to Dismiss on March 31, 2010.
7 |     4.    There have been no previous requests to alter the briefing schedule regarding
8 | Defendants' Motion to Dismiss. The proposed alternative briefing schedule will not affect
9 | the hearing date on Defendants' Motion to Dismiss currently set for April 9, 2010.
10 | IT IS SO STIPULATED.

March 24, 2010                     WAXLER♦CARNER♦BRODSKY LLP

                                  By:    /S/ Danielle R. Sokol
                                         ANDREW J. WAXLER
                                         DANIELLE R. SOKOL
                                         Attorneys for Plaintiff
                                         PROSURANCE GROUP, INC.

March 24, 2010                     HINSHAW & CULBERTSON LLP

                                  By:    /S/ Robert J. Romero
                                         ROBERT J. ROMERO
                                         CHRISTOPHER J. BORDERS
                                         CHRISTINA A. LEE
                                         Attorneys for Defendants ACE PROPERTY &
                                         CASUALTY INSURANCE COMPANY and ACE
                                         AMERICAN INSURANCE COMPANY

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Date: 3/26/10

_____
The Honorable Jeremy Fogel
Judge of the District Court

# DECLARATION

# DECLARATION OF DANIELLE R. SOKOL

I, Danielle R. Sokol, declare the following:

1. I am an attorney with the law firm of Waxler ♦ Carner ♦ Brodsky LLP, and one of the attorneys primarily responsible for handling this matter on behalf of Plaintiff ProSurance Group, Inc. I am duly licensed to practice law in the State of California and before the United States District Court of the Northern District of California. I have personal knowledge of the facts set forth below. If called upon to do so, I could and would competently testify thereto.

2. Defendants ACE Property & Casualty Insurance Company and ACE American Insurance Company filed a Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), which is currently set for hearing on April 9, 2010.

3. In connection with the hearing on the motion, my assistant mistakenly calendared the due date for the Opposition for March 26, 2010 (14 days before the scheduled hearing date) rather than March 19, 2010 (21 days before the scheduled hearing date) as required by Local Rule 7-3.

4. I have spoken with counsel for Defendants regarding the calendaring error and counsel for Defendants have agreed to the following alternative briefing schedule: (1) Plaintiff will file its Opposition to the Motion to Dismiss on March 24, 2010 and (2) Defendants will file their Reply Brief in Support of the Motion to Dismiss on March 31, 2010.

5. There have been no previous requests to alter the briefing schedule regarding Defendants' Motion to Dismiss. The proposed alternative briefing schedule will not affect the hearing date on Defendants' Motion to Dismiss currently set for April 9, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 24th day of March 2010 at El Segundo, California.

/S/ Danielle R. Sokol
DANIELLE R. SOKOL

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

     I am employed in Los Angeles County. My business address is 1960 E. Grand Avenue, Suite 1210, El Segundo, California 90245, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of WAXLER♦CARNER♦BRODSKY LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

     On March 24, 2010, I served the foregoing documents on the interested parties in this action entitled as follows:

**STIPULATION TO CONTINUE BRIEFING DEADLINES IN CONNECTION WITH DEFENDANTS ACE PROPERTY & CASUALTY INSURANCE COMPANY AND ACE AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS AND PROPOSED ORDER; DECLARATION OF DANIELLE R. SOKOL**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

[ ] **(BY MAIL)** I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] **(BY PERSONAL SERVICE)** I caused to be hand delivered such envelope to the addressee so indicated.

[XX] **(BY ELECTRONIC MAIL)**: I caused to be served, via electronic mail (e-mail), the above-entitled document(s) to the e-mail address of the addressee(s) so indicated.

[ ] **(BY FEDERAL EXPRESS)** I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business.

[ ] **(BY FACSIMILE)** I caused to be served, via facsimile, the above-entitled document(s) to the office of the addressee so indicated.

[XX] **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[ ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on March 24, 2010, at El Segundo, California.

                                                   _____
                                                   Monique Aguiniga

## Attachment to Proof of Service

*ProSurance Group, Inc. vs Ace Property & Casualty Insurance Company, et al.*
*United States Northern District Court Case No. 5:10-cv-00608-JF*

Robert J. Romero, Esq.
Christopher L. Borders, Esq.
Hinshaw & Culbertson
One California Street, 18th Floor
San Francisco, CA 94111

Phone: (415) 362-6000
Fax:    (415) 834-9070

E-mail: rromero@hinshawlaw.com