**E-Filed 5/13/10**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PROSURANCE GROUP, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; AND DOES 1-50 INCLUSIVE,<br><br>  Defendants. | Case Number C 10-00608 JF (PVT)<br><br>**JUDGMENT**[1] |

Defendants' motion to dismiss having been granted, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits.

DATED: 5/13/10

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-00608 JF (PVT)
JUDGMENT
(JFLC3)